**Order entered January 23, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00496-CR

**AQUILINO ABONZA MEDINA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB10-31605**

## ORDER

The Court has before it appellee's January 17, 2014, "State's Combination Motion to Accept Contemporaneously-Tendered Response Brief and to Permit State to Present Oral Argument." We **GRANT** the State's motion to file appellee's brief, and we **ORDER** the Clerk to file appellee's brief. Further, we **GRANT** the State's motion to permit the State to present oral argument at the oral submission of this appeal.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE